IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIE TYRONE CARR, #2154841 | § | |
| VS. | § | CIVIL ACTION NO. 2:19cv116 |
| BRAD MORIN | § | |

ORDER OF DISMISSAL

Plaintiff Willie Tyrone Carr, an inmate confined at the Connally Unit within the Texas prison system (TDCJ) proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit complaining of alleged violations of his constitutional rights. The complaint was referred to United States Magistrate Judge Roy S. Payne for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On May 26, 2022, Judge Payne issued a Report, (Dkt. #17), recommending that Plaintiff's civil rights lawsuit be dismissed, with prejudice, for the failure to state a claim upon which relief may be granted and until the *Heck* conditions are met. Plaintiff filed timely objections, (Dkt. #18).

The Court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the Court has determined that the Report of the United States Magistrate Judge is correct and Plaintiff's objections are without merit. Accordingly, it is

2

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #17), is **ADOPTED** as the opinion of the Court. Plaintiff's objections, (Dkt. #18), are **OVERRULED**. It is also

**ORDERED** that Plaintiff's lawsuit is **DISMISSED**, with prejudice, for the failure to state a claim upon which relief may be granted and until the *Heck* conditions are met. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this 14th day of June, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE